UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 16-CR-317-13 (PAE) |
| -v- | ORDER |
| MICHAEL MESTRE, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court reappoints Zachary Taylor, Esq., to represent defendant Mestre in connection with making a motion for sentence reduction pursuant to Sentencing Guidelines Amendment 821. That motion is due February 7, 2024. The Government's response is due February 14, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
       New York, New York